1
2
3
4
5
6
7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,      )   Case No: 5:20-MJ-00028 JLT
                                     )
12              Plaintiff,           )   **ORDER APPOINTING COUNSEL**
                                     )
13        vs.                        )
                                     )
14   OMAR VELAZQUEZ LANDEROS,        )
                                     )
15              Defendant.           )
     _____)
16

17        The defendant has attested to his financial inability to employ counsel and wishes the

18   Court to appoint counsel to represent him.  Therefore, in the interests of justice and according to

19   Sixth Amendment to the United States Constitution and 18 U.S.C. § 3006A, the Court

20   **ORDERS**:

21        1.      W. Scott Quinlan is APPOINTED to represent the above defendant in this case

22   effective *nunc pro tunc* to September 2, 2020. This appointment shall remain in effect until

23   further order of this court.

24

25   IT IS SO ORDERED.

26    Dated:   __September 3, 2020__        _____**/s/ Jennifer L. Thurston**
27                                          UNITED STATES MAGISTRATE JUDGE

28